# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY ELLIS EPPERSON, | ] | |
| Petitioner, | ] | |
| v. | ] | CV-05-SLB-RRA-1729-S |
| WARDEN ARNOLD HOLT, et al., | ] | |
| Respondents. | ] | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the respondents' motion for summary judgment is **GRANTED**, and the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to the petitioner.

**DONE** this 27th day of June, 2008.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE